*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 11/29/2016



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Proceeding |
| DONALD ERNEST BRANDT, ) | Case No. 316-08398 |
| ) | Randal S. Mashburn, Judge |
| Debtor. ) | |

### ORDER GRANTING MOTION TO SET BAR DATE
### FOR FILING PROOFS OF CLAIMS

Upon the Debtor's Motion to Set Bar Date for Filing Proofs of Claims, it is hereby **ORDERED** the bar date for all creditors others than a governmental unit to file a proof of claim in this proceeding is March 29, 2017. This date represents at least ninety (90) days from the first scheduled setting of the Debtor's §341 meeting of creditors. It is further **ORDERED** that the bar date for governmental units to file a proof of claim in this proceeding is June 27, 2017. This date represents at least one hundred eighty (180) days from the date of the order for relief. It is further **ORDERED** that any creditor that fails to timely file a claim shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
### AS INDICATED AT THE TOP OF THIS PAGE

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

# CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 28th day of November, 2016.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 28th day of November, 2016.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:16-bk-08398<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Nov 28 09:40:30 CST 2016 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | BANK OF AMERICA<br>PO BOX 17054<br>Wilmington DE 19850-7054 |
| BAYVIEW FINANCIAL LOAN<br>4425 PONCE DE LEON BLVD<br>Miami FL 33146-1873 | BRADLY & IVY JOHNSON<br>839 A DUBLIN DR<br>Richardson TX 75080-7711 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE SPARK CARD<br>PO BOX 85520<br>Richmond VA 23285-5520 | CARRINGTON MORTGAGE SERVICE LLC<br>PO BOX 3489<br>MSN: PTX-C-35<br>Anaheim CA 92803-3489 | CHASE<br>PO BOX 15298<br>Wilmington DE 19850-5298 |
| CITIMORTGAGE<br>PO BOX 9438<br>Gaithersburg MD 20898-9438 | COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>MSN: PTX-C-35<br>Plano TX 75024-4100 | DAVID DAY<br>19 S Jefferson Ave # 100<br>Cookeville TN 38501-3775 |
| DAVID NORRIS<br>9941 sw 154 place<br>Miami FL 33196-3819 | DENNIS GUFFEY<br>2861 e 2100 north<br>Layton UT 84040-7999 | ED GRAVES<br>19 S Jefferson Ave #200<br>Cookeville TN 38501-3381 |
| ERNEST & BONNIE BRANDT<br>43630 GOLF COURSE ROAD<br>Saint Peter MN 56082-4216 | FARMERS & MERCHANTS<br>100 DOLESON PKWY<br>Dover TN 37058-3677 | GARY JONES<br>123 WAYNE THREATT RD<br>Big Rock TN 37023-3072 |
| GEMB<br>PO BOX 981400<br>El Paso TX 79998-1400 | HERITAGE BANK<br>PO BOX 537<br>Hopkinsville KY 42241-0537 | JANIE KIRBY<br>C/O STEVE BLAIR<br>2110 TATUM ROAD<br>Dyersburg TN 38024-1922 |
| JOE DAVIS<br>55 KIRBY<br>Fort Rucker AL 36362-2237 | MACON MARSHALL<br>379 OAKLAND ROAD<br>Clarksville TN 37040-5518 | MARK DAVIS<br>210 DEERWOOD RD<br>Clarksville TN 37043-7401 |
| MEGAN ZUCARO<br>5715 DENMAN'S LOOP<br>Belton TX 76513-4868 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | NEADA CARR<br>3361 W GREGORY RD<br>Cedar Hill TN 37032-5302 |
| RICHARD & MEGAN ZUCARO<br>5715 DENMAN'S LOOP<br>Belton TX 76513-4868 | SELECT PORTFOLIO<br>PO BOX 65250<br>MSN: PTX-C-35<br>Salt Lake City UT 84165-0250 | SETERUS INC<br>14523 S.W. MILLIKAN WAY<br>SUITE 200<br>Beaverton OR 97005-2352 |

| SOUTHERN BANCORP | US ARMY | US TRUSTEE + |
| --- | --- | --- |
| 1040 E. MAINT ST | GRAD BRANCH HHC 110 | OFFICE OF THE UNITED STATES TRUSTEE |
| Blytheville AR 72315-2526 | AVIATION BRIGADE | 701 BROADWAY STE 318 |
| | Fort Rucker AL 36362 | NASHVILLE, TN 37203-3966 |

| USAA FED SAV BK | USAA SAVINGS BANK | DONALD ERNEST BRANDT |
| --- | --- | --- |
| 10750 McDERMOTT FRWY | PO BOX 47504 | 1592 HWY 79 |
| SAN ANTONIO TX 78288-1600 | San Antonio TX 78265-7504 | Dover, TN 37058-5971 |

STEVEN L. LEFKOVITZ +
LAW OFFICES LEFKOVITZ & LEFKOVITZ
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CAPITAL ONE | MILITARY STAR |
| --- | --- |
| PO BOX 85520 | 3911 SOUTH WALTON WALKER BLVD |
| Richmond VA 23285 | Dallas TX 75266 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)ELIZABETH BASKINS | (d)ERNEST & BONNIE BRANDT | (u)LAMONT & TIA ROBERTS |
| --- | --- | --- |
| | 43630 golf course rd | 3855 D NORTH EAST DR |
| | Saint Peter MN 56082-4216 | |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.