IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:16-08398** |
| **DONALD ERNEST BRANDT,** ) | **Chapter 11** |
| ) | **Judge Randal S. Mashburn** |
| **Debtor.** ) | |

## RESPONSE OF DEBTOR TO THE MOTION OF FEDERAL NATIONAL MORTGAGE ASSOCIATION FOR RELIEF FROM STAY AND REQUEST FOR A HEARING THEREON

Comes the Debtor, through counsel, and for response to the motion of Federal National Mortgage Association for relief from stay and would object to said motion based on the equity in the real property, which is clearly evidenced in the Movant's motion, as well as the fact that the property produces rental income which is necessary for an effective reorganization and requests a hearing thereon.

WHEREFORE, the Debtor, Donald Ernest Brandt, prays the motion filed herein be dismissed with costs, if any, taxed to the Movant.

>Respectfully submitted,
>/s/ Steven L. Lefkovitz, No. 5953
>Steven L. Lefkovitz No. 5953
>Attorney for Debtor
>618 Church Street, Suite 410
>Nashville, TN 37219
>(615) 256-8300 (615)255-4516 fax
>slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

>/s/ Steven L. Lefkovitz