*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/27/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>DONALD ERNEST BRANDT,<br><br>    Debtor. | Case No. 3:16-bk-08398<br>Chapter 11<br>Judge Randal S. Mashburn |

**AGREED ORDER RESOLVING SETERUS, INC.'S OBJECTION TO CONFIRMATION**

This matter is before the Court on the Objection to Confirmation (the "Objection"), filed by Seterus, Inc., as servicer for Federal National Mortgage Association ("Seterus"). *See* [Doc. 218]. As evidenced by the signatures of counsel below, the parties have come to an agreement on all matters raised in the Objection, and have agreed to amend the treatment of Seterus's claims in the Chapter 11 Plan, [Doc. 124] (the "Plan").[1] Accordingly, the Court hereby **ORDERS** as follows:

The treatment of Class 3-A in the Plan, as it relates to the claim stated in the Plan to be in the name of "Fannie Mae" and the property at 370-C Jack Miller Blvd., Clarksville, TN 37042 is are hereby deleted in its entirety and replaced with the following in the Plan:

---

[1] The Objection addressed Claim Nos. 10, 18, 21, and 22. Claim Nos. 10 and 18 will be addressed by separate orders.

1

| 3-A | Secured claim of:<br>• Name = Fannie Mae<br>• Collateral description = 370C Jack Miller Blvd., Clarksville, TN<br>• Collateral value = $59,800.00<br>• Priority of security instrument = first<br>• Principal owed = $37,400.54<br>• Total claim amount = $37,400.54 | N | Y, Claims in this class are entitled to vote on the plan | • Pymt interval = monthly<br>• Pymt amount = $252.00 (P&I + escrow payments, which may fluctuate and change the amount of the monthly payment per the terms of the loan documents)<br>• Begin date = 1st day of the month after Effective Date<br>• End date = 20 years after Effective Date<br>• Interest rate = 5.25%<br>• Total amount paid = $60,485.00<br>• Treatment of lien = Retained until completion of payments |
|---|---|---|---|---|

The treatment of Class 3-A in the Plan, as it relates to the claim stated in the Plan to be in the name of "Fannie Mae" and the property at 136 Renee Road, Dover, TN 37058 is are hereby deleted in its entirety and replaced with the following in the Plan:

| 3-A | Secured claim of:<br>• Name = Fannie Mae<br>• Collateral description = 136 Renee, Dover, TN<br>• Collateral value = $112,400.00<br>• Priority of security instrument = first<br>• Principal owed = $57,620.80<br>• Total claim amount = $57,620.80 | N | Y, Claims in this class are entitled to vote on the plan | • Pymt interval = monthly<br>• Pymt amount = $388.00 (P&I + escrow payments, which may fluctuate and change the amount of the monthly payment per the terms of the loan documents)<br>• Begin date = 1st day of the month after Effective Date<br>• End date = 20 years after Effective Date<br>• Interest rate = 5.25%<br>• Total amount paid = $93,186.00<br>• Treatment of lien = Retained until completion of payments |
|---|---|---|---|---|

**IT IS SO ORDERED.**

# # #

**PREPARED BY AND CONSENTED TO:**
*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 10
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Seterus, Inc.*

**CONSENTED TO:**

*/s/ Steven L. Lefkovitz (by BJC w/ permission)*
STEVEN L. LEFKOVITZ (BPR # 001146)
**LEFKOVITZ & LEVKOVITZ**
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300 (Telephone)
slefkovitz@lefkovitz.com

*Attorney for Debtor*

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:16-bk-08398    Doc 336    Filed 02/28/18    Entered 02/28/18 09:12:19    Desc Main
Document    Page 3 of 3