*Signed by:*
Randal S. Mashburn
U.S. Bankruptcy Judge
Dated: 3/6/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>DONALD ERNEST BRANDT,<br><br>    Debtor. | Case No. 3:16-bk-08398<br>Chapter 11<br>Judge Randal S. Mashburn |

## AGREED ORDER RESOLVING BANK OF AMERICA, N.A.'S OBJECTION TO CONFIRMATION

This matter is before the Court on the Objection to Confirmation (the "Objection"), filed by Bank of America, N.A. *See* [Doc. 209]. As evidenced by the signatures of counsel below, the parties have come to an agreement on all matters raised in the Objection, and have agreed to amend the treatment of Bank of America's claims in the Chapter 11 Plan, [Doc. 124] (the "Plan"). Accordingly, the Court hereby **ORDERS** as follows:

The treatment of Class 3-A in the Plan, as it relates to the claim stated in the Plan to be in the name of Bank of America and the property at 629 Arctic Ave., Oak Grove, Kentucky is are hereby deleted in its entirety and replaced with the following in the Plan:

1

| 3-A | Secured claim of: <ul><li>Name = Bank of America</li><li>Collateral description = 629 Artic Avenue, Oak Grove, KY</li><li>Collateral value = $79,000.00</li><li>Priority of security instrument = first</li><li>Principal owed = $61,896.10</li><li>Total claim amount = $61,896.10</li></ul> | N | Y, Claims in this class are entitled to vote on the plan | <ul><li>Pymt interval = monthly</li><li>Pymt amount = To be determined by Bank of America based on Effective Date. The payment shall include any required escrow component, and may fluctuate as this amount changes.</li><li>Begin date = 1st day of the month after Effective Date</li><li>End date = 30 years after Effective Date of Confirmed Plan in Case No. 3:09-bk-08066 (Bankr. M.D. Tenn.) (March 1, 2042)</li><li>Interest rate = 6.00%</li><li>Treatment of lien = Retained until completion of payments</li></ul> |
|---|---|---|---|---|

**IT IS SO ORDERED.**

# # #

**PREPARED BY AND CONSENTED TO:**
*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 10
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Bank of America, N.A.*

2

**CONSENTED TO:**

*/s/ Steven L. Lefkovitz (by BJC w/ permission)*
STEVEN L. LEFKOVITZ (BPR # 001146)
**LEFKOVITZ & LEVKOVITZ**
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300 (Telephone)
slefkovitz@lefkovitz.com

*Attorney for Debtor*

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:16-bk-08398    Doc 346    Filed 03/06/18    Entered 03/06/18 13:37:14    Desc Main Document    Page 3 of 3