
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/1/2018



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)  Case No.      316-08398
**DONALD ERNEST BRANDT** )  Chapter 11 proceedings
1592 HWY 79 )  Judge Mashburn
Dover, TN 37058 )
SSN / ITIN: xxx-xx-2411 )
)
Debtor. )

### ORDER CONDITIONALLY CONFIRMING OF CHAPTER 11 PLAN OF REORGANIZATION AND NOTICE OF HEARING

This cause came to be heard on the 24th day of April, 2018, before the Honorable Randal S. Mashburn, Judge of the United States Bankruptcy Court for the Middle District of Tennessee, upon the Confirmation hearing in the above-captioned Chapter 11 proceedings. The Court, having heard statement of counsel and the testimony of the Debtor being proferred, hereby finds as follows:

**THIS PLAN IS CONDITIONALLY CONFIRMED. ANY CREDITOR OR PARTY INTEREST SHALL HAVE UNTIL MAY 18, 2018 TO FILE A WRITTEN OBJECTION TO THE PLAN AS AMENDED HEREIN. SHOULD ANY OBJECTION BE TIMELY FILED, A HEARING SHALL BE SET BY THE COURT TO CONSIDER ANY OBJECTION. THE DEBTOR SHALL NOTICE ALL CREDITORS AND PARTIES IN INTEREST SHOULD AN OBJECTION BE FILED.** Accordingly, the Court finds as follows, to wit:

1) that the plan complied with the applicable provisions of the Code;

2) that the proponent of the plan complies with the applicable provisions of the Code;

3) that the plan or any provision thereof amended by order of this Court or contained herein has been proposed in good faith and not by any reason forbidden by law;

4a) that any payment made or promised by the proponent, by the Debtor or by any person issuing securities or requiring property under the plan, for services or for costs and expenses, in or in connection with the case, or connection with the plan or incident to the case, have been disclosed to the Court; and

4b) any such payment before confirmation of its reasonable; or if such payment is to be fixed after confirmation of the plan, such payment is subject to the approval of the Court is reasonable;

5a) the proponent of the plan has disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the plan, as director, officer, or voting trustee of the Debtor, an affiliate of the Debtor participating in a joint plan with the Debtor, or a successor to the Debtor under the plan; and the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders and with public policy;

5b) the proponent of the plan has disclosed identity of any insider that will be employed or retained by the reorganized Debtor, and the nature of any compensation for such insider;

6) any regulatory commission with jurisdiction, after confirmation of the plan, over the rates of the Debtor has approved any rate change provided for in the plan, or such rate changes expressly conditioned on such approval;

7) with respect to each class (A) each holder of a claim or interest of such class has accepted the plan; or will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than an amount that such holder would so receive or retain if the Debtor were liquidated under Chapter 7; or

B) if Section 1111(b)(2) of the Code applies to the claims of such classes, each holder of a claim of such class will receive or retain under the plan on account of such claim property of a value, as of the effective date of the plan, that is not less than the value of such creditor's interest in the estate's interest in the property that secures such claim;

8) with respect to each class, such class accepted plan, or such is not impaired under the plan;

9) except to the extent that a holder of a particular claim has agreed to a different treatment of such claim, the plan provides that

A) with respect to a claim of the kind specified in Section 507(a)(1) or Section 507(a)(2) of the Code, on the effective date of the plan, the holder of such claim will receive on account of such cash equal to the allowed amount of such claim;

B) with respect to a class of claims with kinds specified in Sections 507(a)(3), 507(a)(4), or 507(a)(5) of the Code, each holder of a claim of such class will receive, if such class has accepted the plan, deferred cash payments with a value, as of the effective date of the plan, equal to the allowed amount of such claim; or, if such class has not accepted the plan, cash on the effective date of the plan equal to the allowed amount of such claim; and

C) with respect to a claim of a kind specified in Section 507(a)(6) of the Code, the holder of such claim will receive on account of such claim deferred cash payments, over a period

not exceeding six (6) years after the date of assessment of such claim, of a value, as of the effective date of the plan, equal to the allowed amount of such claim;

10) at least one class of claims has accepted the plan, determined without including any acceptance of the plan by an insider holding a claim of such class;

11) confirmation of the plan is not likely to be followed by liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the plan, unless such liquidation or reorganization is proposed in the plan.

12) By agreement with the following creditors, any objection and rejection to the confirmation of the Debtor's plan has been withdrawn based on the following amendments.

12A) The treatment of Class 3-D in the Plan, as it relates to the claim stated in the Plan to be in the name of "CitiMortgage" and the property at 1340 Blue Bonnet Dr., Clarksville, TN is hereby deleted in its entirety and replaced with the following in the Plan:

| 3-A | Secured claim of:<br>• Name = CitiMortgage, Inc.<br>• Collateral description = House and lot located at 1340 Blue Bonnet Dr., Clarksville, TN<br>• Collateral value = $184,000.00<br>• Priority of security int. = First<br>• Principal owed = $175,602.16<br>• Total claim amount = $175,602.16<br>• Total arrearage through March 1, 2018 = $41,625.46. To the extent any additional post-petition arrears accrue, the Debtor agrees to pay the increased amount. | N | Y, Claims in this class are entitled to vote on the plan | • Pymt interval = Monthly<br>• Pymt amount = $739.08 (P&I) + Arrearage cure payment of $693.76 for 60 months at 0.0% interest<br>• Begin date = March 1, 2018<br>• End date = March 19, 2042<br>• Interest rate = 3.875%<br>• Treatment of lien = Retained until completion of payments |
|---|---|---|---|

12B) The Plan is modified to reflect that the Creditor, Federal National Mortgage Association ("Fannie Mae"), Creditor C/O Seterus, Inc. is a secured Creditor, filed a secured claim on January 24th, 2017 in the amount of $45,625.60, secured by a first lien through a Deed of Trust on certain real property known as 410-C Jack Miller Blvd, Clarksville,

Tennessee 37042, and the parties agree the Debtor's Chapter 11 Plan is hereby amended under the terms of this agreement. The claim of Federal National Mortgage Association ("Fannie Mae"), Creditor C/O Seterus, Inc. as listed above shall be allowed in the amount of $41,712.09, shall bear interest at a fixed rate of 5.25% per annum. The claim shall be amortized over 20 years. Principal and interest shall be payable monthly beginning the first day of the month following the effective date. The principal and interest payment shall be $281.07. The Debtor further is required to keep all collateral fully insured showing said Creditor as loss payee and to pay the ongoing real estate property taxes as they accrue.

  12C)  The Plan is modified as to Carrington Mortgage Services, Llc As Servicer For Deutsche Bank National Trust Company, As Trustee Of Vendee Mortgage Trust 2002-3 Regarding Real Property Located At 398b Jack Miller Blvd, Clarksville, Tennessee 37042 as follows: the Chapter 11 Plan shall be modified to provide Carrington Mortgage Services, LLC's secured claim of $45,559.21 shall be paid in full over a 30 year period at a 5.25% interest rate.

  12D)  The Plan is modified as to Carrington Mortgage Services, Llc As Servicer For Deutsche Bank National Trust Company, As Trustee Of Vendee Mortgage Trust 2002-3 Regarding Real Property Located At 398D Jack Miller Blvd, Clarksville, Tennessee 37042 as follows: the Chapter 11 Plan shall be modified to provide Carrington Mortgage Services, LLC's secured claim of $45,582.83 shall be paid in full over a 30 year period at a 5.25% interest rate.

  12E)  The Plan is modified to reflect that the Creditor, Seterus, Inc. servicer for Federal National Mortgage Association ("Fannie Mae"), Creditor C/O Seterus, Inc. is a secured Creditor, has a claim in the amount of $62,881.88 secured by a first lien through a Deed of Trust on certain real property known as 149 Union Hall Road, Clarksville, TN 37040; and that the parties agree the Debtor's Chapter 11 Plan is hereby amended under the terms of this agreement. The claim of Seterus, Inc servicer for Federal National Mortgage Association ("Fannie Mae") as listed above shall be allowed as a fully secured claim in this case; the secured claim shall bear interest at a fixed rate of 5.25% per annum. The claim shall be amortized over 20 years. Principal and interest shall be payable monthly beginning the first day of the month following the effective date. The principal and interest payment shall be $423.73. The Debtor further is required to keep all collateral fully insured showing said Creditor as loss payee and to pay the ongoing real estate property taxes as they accrue.

  12F)  The Plan is modified to reflect that Seterus Inc., as servicer for Federal National Mortgage Association ("Seterus" "Movant") to the following Seterus loans treated in the Debtors Plan: The loan on the property known as <u>410-E Jack Miller Blvd, Clarksville, TN 37042</u> (the "Property"), Loan No. xxxx8546: New Unpaid Principal Balance ("UPB") $44,864.60; Interest Rate 5.50%; Principal & Interest ("P&I) $282.03. Payments shall be paid monthly over a period of 290 months, commencing March 1, 2018, and maturing April 1, 2042. All payments shall be due on the first day of the month, with late charges assessed after the 15th day of the month, as stipulated in the original Promissory Note and Deed of Trust. Except as modified herein, all rights and remedies of the parties shall be governed by the applicable Promissory Note and Deed of Trust and applicable non-bankruptcy law. Seterus shall have relief upon confirmation of the Chapter 11 Plan. If Debtor shall default subsequent to confirmation by failing to comply with any provision of this Agreed Order Seterus may proceed with state remedies under the Deed of Trust, such as,

but not limited to foreclosure. Movant, or its assigns, are under no obligation to re-open the bankruptcy, if closed, to effectuate its state remedies due to default. The Debtor shall be solely responsible for the payment of taxes and insurance on the Property. Any failure to maintain adequate insurance or timely pay outstanding taxes on said Property shall be considered a default under this Plan.

12G) The plan is modified as to Elizabeth Baskin to reflect the following: Movant shall file an amended final proof of claim in the amount of $52,053.74; The date of the final balloon payment shall be June 1, 2021; and All other treatment of Movant's claim shall remain the same as proposed in the Chapter 11 Plan.

13) The motion filed by the Office of the United States Trustee to dismiss or convert this case to a Chapter 7 proceeding is continued to next scheduled date of Court should any creditor or party in interest object to the terms and conditions contained in this conditional order of confirmation. Should no objection be filed, then this of the United States Trustee is deemed moot.

It is, therefore, **ORDERED** that the plan filed by the Debtor-in-possession on July 31, 2017 and as modified by orders of this Court and herein is hereby **CONFIRMED**.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
(615) 256-8300 fax (615) 255-4516
email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Assistant United States Trustee, and Matthew Ellis, Attorneys for Plaintiff, and all creditors and parties in interest to receive electronic notice by CM/ECF electronic filing, this April 27, 2018 and to all creditors and parties in interest as set forth in the attached mailing by US Mail, postage prepaid, this April 27, 2018.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz

```
Label Matrix for local noticing          Carrington Mortgage Services, LLC as servic    BAYVIEW LOAN SERVICING, LLC
0650-3                                   Carrington Mortgage Services, LLC              4425 Ponce De Leon Blvd. 5th Floor
Case 3:16-bk-08398                       1600 South Douglass Road                       Coral Gables, FL 33146-1837
MIDDLE DISTRICT OF TENNESSEE             Suite 200-A
Nashville                                Anaheim, Ca 92806-5951
Fri Apr 27 14:07:20 CDT 2018

Carrington Mortgage Services, LLC        CitiMortgage, Inc.                             F&M Bank
1600 South Douglass Road                 P.O. Box 6030                                  C/O Mike J. Urquhart
Suite 200-A                              Sioux Falls, SD 57117-6030                     20 Academy Place
Anaheim, CA 92806-5951                                                                  Nashville, TN 37210-2026

Law Office David Day, P.C.               Rushmore Loan Management Services LLC          Seterus, Inc.
19 S. Jefferson Avenue                   15480 Laguna Canyon Road                       P.O. Box 2008
Cookeville, TN 38501-3381                Suite 100                                      Grand Rapids, MI 49501-2008
                                         Irvine, CA 92618-2132

Southern Bancorp Bank                    TRIFERA LLC                                    701 Broadway Room 170
120 S. 2nd Street                        C/O Weinstein & Riley PS                       Nashville, TN 37203-3979
Blytheville, AR 72315-3414               2001 Western Ave Ste 400
                                         Seattle, WA 98121-3132

BAC Home Loans Servicing, LP             BANK OF AMERICA                                BANK OF AMERICA, N.A.
7105 Corporate Dr.                       PO BOX 17054                                   PO BOX 31785
PTX-B-35                                 Wilmington DE 19850-7054                       Tampa FL 33631-3785
Plano, TX 75024-4100

BAYVIEW FINANCIAL LOAN                   BRADLY & IVY JOHNSON                           Bret Jacob Chaness
4425 PONCE DE LEON BLVD                  839 A DUBLIN DR                                Rubin Lublin TN PLLC
Miami FL 33146-1873                      Richardson TX 75080-7711                       3145 Avalon Ridge Place Suite 100
                                                                                        Peachtree Corners GA 30071-1570

(p)CAPITAL ONE                           CAPITAL ONE SPARK CARD                         CARRINGTON MORTGAGE SERVICE LLC
PO BOX 30285                             PO BOX 85520                                   PO BOX 3489
SALT LAKE CITY UT 84130-0285             Richmond VA 23285-5520                         MSN: PTX-C-35
                                                                                        Anaheim CA 92803-3489

CHASE                                    CITIMORTGAGE                                   COUNTRYWIDE HOME LOANS
PO BOX 15298                             PO BOX 9438                                    7105 CORPORATE DRIVE
Wilmington DE 19850-5298                 Gaithersburg MD 20898-9438                     MSN: PTX-C-35
                                                                                        Plano TX 75024-4100

Capital One Bank (USA), N.A.             DAVID DAY                                      DAVID NORRIS
PO Box 71083                             19 S Jefferson Ave # 100                       9941 sw 154 place
Charlotte, NC  28272-1083                Cookeville TN 38501-3775                       Miami FL 33196-3819

DENNIS GUFFEY                            DEUTSCHE BANK NATIONAL TRUST COMPANY           Dennis & Annette Guffey
2861 e 2100 north                        AS TRUSTEE OF VENDEE MORTGAGE TRUST 2002       c/o Michael K. Williamson
Layton UT 84040-7999                     Carrington Mortgage Services, LLC              114 Franklin Street
                                         1600 S. Douglass Rd                            Clarksville, TN 37040-3438
                                         Anaheim, CA 92806-5948
```

ED GRAVES
19 S Jefferson Ave #200
Cookeville TN 38501-3381

ELIZABETH BASKINS
15 LONGWOOD RD
SALEM NH 03079-2023

ERNEST & BONNIE BRANDT
43630 GOLF COURSE ROAD
Saint Peter MN 56082-4216

Edward M. Graves, Jr.
19 S. Jefferson Avenue
Cookeville, TN 38501-3381

F&M Bank
2081 Wilma Rudolph Blvd.
Clarksville, TN 37040-6611

FARMERS & MERCHANTS
100 DOLESON PKWY
Dover TN 37058-3677

Federal National Mortgage Association
PO Box 1047
Hartford, CT 06143-1047

GARY JONES
123 WAYNE THREATT RD
Big Rock TN 37023-3072

GEMB
PO BOX 981400
El Paso TX 79998-1400

HERITAGE BANK
PO BOX 537
Hopkinsville KY 42241-0537

JAMES D LAWSON PC
1094 RIDGEWOOD OAK DRIVE
LAKELAND TN 38002

JANIE KIRBY
C/O STEVE BLAIR
2110 TATUM ROAD
Dyersburg TN 38024-1922

JOE DAVIS
55 KIRBY
Fort Rucker AL 36362-2237

Law Office of David Day, P.C.
19 S. Jefferson Avenue
Cookeville, TN 38501-3381

MACON MARSHALL
379 OAKLAND ROAD
Clarksville TN 37040-5518

MARK DAVIS
210 DEERWOOD RD
Clarksville TN 37043-7401

MEGAN ZUCARO
5715 DENMAN'S LOOP
Belton TX 76513-4868

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

NEADA CARR
3361 W GREGORY RD
Cedar Hill TN 37032-5302

Phillip P. Welty
150 Third Avenue South
Suite 1700
Nashville, TN 37201-2041

RICHARD & MEGAN ZUCARO
5715 DENMAN'S LOOP
Belton TX 76513-4868

Rushmore Loan Management Services LLC
P.O. Box 55004
Irvine, CA 92619-5004

SELECT PORTFOLIO
PO BOX 65250
MSN: PTX-C-35
Salt Lake City UT 84165-0250

SETERUS INC
14523 S.W. MILLIKAN WAY
SUITE 200
Beaverton OR 97005-2352

SHAPIRO & INGLE LLP
ATTY FOR CARRINGTON MORTGAGE SVCS LLC
10130 PERIMETER PKWY STE 400
CHARLOTTE NC 28216-0034

SOUTHERN BANCORP
1040 E. MAINT ST
Blytheville AR 72315-2526

SOUTHERN BANCORP BANK
ATTN DEBBIE MANNING
601 MAIN STREET
ARKADELPHIA AR 71923-6037

Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Seterus, Inc. as Servicer for
Federal National Mortgage Association
PO Box 1047
Hartford, CT 06143-1047

US ARMY
GRAD BRANCH HHC 110
AVIATION BRIGADE
Fort Rucker AL 36362

| USAA FED SAV BK | USAA SAVINGS BANK | WILLIAM MACON MARSHALL |
|---|---|---|
| 10750 McDERMOTT FRWY | PO BOX 47504 | MACON MARSHALL |
| SAN ANTONIO TX 78288-1600 | San Antonio TX 78265 | 379 OAKLAND RD |
| | | CLARKSVILLE, TN 37040-5518 |
| Wells Fargo Bank, N.A., as Trustee, for Par | DONALD ERNEST BRANDT | Dennis & Annette Guffey |
| P.O. Box 65250 | 1592 HWY 79 | c/o Michael K. Williamson |
| Salt Lake City UT 84165-0250 | Dover, TN 37058-5971 | 114 Franklin Stree |
| | | Clarksville, t 37040-3438 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CAPITAL ONE | MILITARY STAR |
|---|---|
| PO BOX 85520 | 3911 SOUTH WALTON WALKER BLVD |
| Richmond VA 23285 | Dallas TX 75266 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BANK OF AMERICA, N.A. | (u)FEDERAL NATIONAL MORTGAGE ASSOCIATION | (u)Federal National Mortgage Association (Fan |
|---|---|---|
| (u)WELLS FARGO BANK, N.A., | (d)CitiMortgage, Inc. | (d)ERNEST & BONNIE BRANDT |
| | P.O. Box 6030 | 43630 golf course rd |
| | Sioux Falls, SD 57117-6030 | Saint Peter MN 56082-4216 |
| (u)LAMONT & TIA ROBERTS | (d)Rushmore Loan Management Services, LLC | (d)Seterus, Inc. |
| 3855 D NORTH EAST DR | P.O. Box 55004 | P.O. Box 2008 |
| | Irvine, CA 92619-5004 | Grand Rapids, MI 49501-2008 |
| (d)Trifera LLC | (d)Elizabeth Baskins | End of Label Matrix |
| C/O Weinstein & Riley PS | 15 Longwood Road | Mailable recipients 65 |
| 2001 Western Ave Ste 400 | Salem, NH 03079-2023 | Bypassed recipients 11 |
| Seattle WA 98121-3132 | | Total 76 |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.